**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

AMAZING SETTOPBOX HOLDING LLC and SMART TV IQ BOX HOLDING LLC,

Plaintiffs,

v.

GENIATECH USA LLC and SHENZHEN GENIATECH INC., LTD.,

Defendants.

Case No: 1:26-cv-02253

JURY TRIAL DEMANDED

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs, Amazing Settopbox Holding LLC and Smart TV iQ Box Holding LLC (collectively, "Amazing" or "Plaintiffs"), for their Complaint against Defendants Geniatech USA LLC ("Geniatech USA") and Shenzhen Geniatech Inc., Ltd. ("Shenzhen Geniatech", and together with Geniatech USA, "Defendants" or collectively "Geniatech"), alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including specifically 35 U.S.C. § 271, based on Geniatech's infringement of U.S. Patent No. 11,057,670.

**PARTIES**

2. Amazing Settopbox Holding LLC (hereinafter "Amazing") is a duly organized and operating Delaware domestic limited liability company, with a principal address of 8 The Green, Suite A, Dover, DE 19901.

3. Smart TV iQ Box Holding LLC (hereinafter "Smart TV") is a duly organized and operating Delaware domestic limited liability company, with a principal address of 8 The Green,

Suite A, Dover, DE 19901. Smart TV is the exclusive licensee under the patent in suit. Collectively, Amazing and Smart TV may be referred to as "Plaintiffs."

4. On information and belief, Geniatech USA LLC (hereinafter "Geniatech USA") is a corporation organized under the laws of the State of Indiana, with its principal place of business at 3091 East 98th Street, Suite 260, Carmel, IN 46280.

5. On information and belief, Shenzhen Geniatech Inc., Ltd. (深圳金亚太科技有限公司) (hereinafter "Shenzhen Geniatech") is a corporation organized and existing under the laws of China that maintains a place of business at Units 1002-1004, Block A, Building 8, Shenzhen International Innovation Valley, Dashi Yilu, Xili Community, Xili Subdistrict, Nanshan District, Shenzhen, China (深圳市南山区西丽街道西丽社区打石一路深圳国际创新谷八栋A座1002-1004室).

6. On information and belief, Shenzhen Geniatech's founder and CEO is Jijun Fang.

7. On information and belief, Jijun Fang is the only member of Geniatech USA.

8. On information and belief, Geniatech USA imports, sells, and distributes Geniatech-branded devices on behalf of Shenzhen Geniatech in the United States.

9. On information and belief, Shenzhen Geniatech held out Geniatech USA on its website (https://www.geniatech.com/about/) as a sales "branch office" in the United States until at least March 2026. As of October 9, 2026, Geniatech USA states that "[The] Parent company of the GENIATECH USA LLC is Shenzhen Geniatech Inc., Ltd." (https://shop.geniatech.us/about-us/?).

10. On information and belief, Geniatech USA's online store (https://shop.geniatech.us/) lists a foreign telephone number, + 86 755 86028588, as a method of contacting Geniatech USA.

11. On information and belief, the phone number for Shenzhen Geniatech's headquarters is + 86 755 86028588, the same number as provided on Geniatech USA's website. *See* https://shop.geniatech.com/about-us/.

12. On information and belief, Shenzhen Geniatech has designated its subsidiary Geniatech USA to accept service of process on behalf of Shenzhen Geniatech in the United States in connection with equipment authorized by the Federal Communications Commission (FCC) including, for example, Geniatech H.265 HEVC enabled devices, which comprise many of the accused devices listed below. Copies of the U.S. Agent Designations signed by Shenzhen Geniatech and Geniatech USA for certain H.265 HEVC enabled devices are attached as Exhibit 1.

13. On its U.S. Agent Designations, Shenzhen Geniatech identified the physical U.S. address of its U.S. Agent as 3091 East 98th Street, Suite 260, Carmel, IN 46280, the same address as Geniatech USA. *Id*.

14. On its U.S. Agent Designations, Shenzhen Geniatech identified the email address of its U.S. Agent as matt@geniatech.com. On information and belief, this email address belonged to Matthew "Matt" Mayer, the signatory for Geniatech USA. *Id*.

15. On information and belief, Matt Mayer was formerly an officer of Geniatech USA.

16. On information and belief, based on the information in paragraphs 4-15 above, Geniatech USA is the agent and alter ego of Shenzhen Geniatech.

## JURISDICTION AND VENUE

17. This Court has jurisdiction over the subject matter of this patent infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

18. This Court has personal jurisdiction over Geniatech USA because it is incorporated and resides in the State of Indiana with its principal place of business in this judicial district.

19. This Court has personal jurisdiction over Shenzhen Geniatech for at least two independent reasons. First, as alleged in paragraph 16 above, Geniatech USA is the agent and alter ego of Shenzhen Geniatech, and Geniatech USA is subject to personal jurisdiction in this judicial district because it is incorporated and resides in the State of Indiana with its principal place of business in this district. Accordingly, Geniatech USA's contacts with this district are properly imputed to Shenzhen Geniatech.

20. Second, Shenzhen Geniatech has committed acts of patent infringement within the State of Indiana giving rise to this action. Shenzhen Geniatech has placed its products within the stream of commerce, which stream is directed to residents of the State of Indiana and this judicial district. Shenzhen Geniatech's electronic commerce advertisements, offers for sale, and sales have established at least minimum contacts with this forum such that the exercise of jurisdiction over it would not offend traditional notions of fair play and substantial justice.

21. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(a) and 1400(b) for at least the reason that Geniatech USA and Shenzhen Geniatech have committed acts within this district giving rise to this action and do business in this district, including sales, offers for sale, and providing service and/or support to its customers in this district.

**THE INVENTION**

22. The inventor, who is also the president of Amazing and Smart TV, is an electrical engineer with more than 20 patents to his name, many of which relate to wireless data transmission and reception protocols, including patents directed to essential parts of the 4G LTE and 5G cellular standards.

23. In late 2010, the inventor was working at DIRECTV and realized that satellite delivery of video and audio was effective, but necessarily involved running wires through walls and roofs, making installations time-consuming, and risking water leaks and the like.

24. At the same time, higher-bandwidth cellular standards were being developed, including 4G WiMAX (first deployed in the U.S. by Sprint in 2008) and 4G LTE (first deployed in the U.S. by Verizon in 2010). The invention, described in more detail below, can—as one example—allow reception of say, a Netflix show, over the cellular network, and then broadcast it on Wi-Fi around a house. It can then be played on a TV, phone, or tablet. For consumers without high-speed, reliable, or affordable internet connections, this solved a long-felt need.

**COUNT I: INFRINGEMENT OF U.S. PATENT NO. 11,057,670**

25. Paragraphs 1 through 24 are incorporated by reference as if fully set forth herein.

26. U.S. Patent No. 11,057,670 ("the '670 Patent") is titled "WIRELESS IPTV SET TOP BOX HAVING MULTIPLE MODEMS AND ANTENNAS." The '670 Patent was duly and legally issued on July 6, 2021 pursuant to an application filed January 16, 2015. A true and correct copy of the '670 Patent is attached as Exhibit 2.

27. Amazing is the lawful assignee of the entire right, title, and interest in and to the '670 Patent. Smart TV is the exclusive licensee of the patent, and possesses all rights of recovery

including the right to recover damages for past infringement, and the right to grant sublicenses in all fields of use.

28. The ’670 Patent is generally directed to, *inter alia*, wireless set top boxes that are “capable of capturing plural downstream transmissions simultaneously on dedicated receivers using different modem technologies without the use of wires to the home.” ’670 Patent, Abstract. The ’670 Patent recites 37 claims, of which claims 1, 12, 26, 30, and 34 are independent.

29. The ’670 Patent is directed to patent-eligible subject matter pursuant to 35 U.S.C. § 101.

30. Shenzhen Geniatech and Geniatech USA (hereinafter collectively, “Geniatech”) have directly and/or indirectly infringed, and continue to infringe, at least claim 26 of the ’670 Patent, either literally or under the doctrine of equivalents, by making, using, importing, offering to sell, or selling, and continuing to make, use, import, offer to sell, or sell set top boxes which come within the scope of at least this claim.

31. Issued claim 26 of the ’670 Patent recites:

> A wireless set top box comprising:
>
> a least one circuit board;
>
> a wireless module communicatively coupled to the at least one circuit board, the wireless module being configured to capture a wireless broadband connection signal and to process the received wireless broadband connection signal according to a wireless communication standard; and
>
> a processor in communication with the wireless module, the processor being configured to:
>
> establish, using the wireless module, a wireless network link between the wireless set top box and one of a wireless data network;
>
> receive, using the wireless module, a set of data transmitted through the wireless network link associated with the wireless broadband connection signal;

> determine internet protocol television (IPTV) signal associating wireless broadband connection signals which includes determining multiply sourced data traffic based on the set of data corresponding to the wireless broadband connection signal;
>
> based on the determined wireless broadband connection signal, establish connections with multiply sourced data traffic;
>
> transmit output audio and video signals into an appropriate video display format to a device communicatively coupled to the wireless set top box.

32. Geniatech's APC329L, APC329L4, APC329Q, APC390K, APC3588, APC3568, APC680, APC810, APC820, APC830, APC880, APC1967, ATV329A, ATV329Q, APC395X3, and any variants, configurations, or successor models within the same product family(ies), including models certified together under a single FCC identifier (collectively, the "Accused Geniatech Boxes") practice each limitation of at least claim 26 of the '670 Patent.

33. On information and belief, the Accused Geniatech Boxes operate in a substantially similar manner with respect to the functionality claimed in the '670 Patent. The Geniatech APC329L, charted below, is representative of the Accused Geniatech Boxes.

34. Counsel for Plaintiffs procured an exemplary APC329L product from Geniatech USA, which, on information and belief, was imported into the US by Geniatech USA and was shipped from Geniatech USA in Indiana. A copy of the shipping receipt is attached as Exhibit 3.

35. Counsel for Plaintiffs also procured an ATV329 product in 2G configuration, which, on information and belief, was imported into the US by Geniatech USA and was shipped from Geniatech USA in Indiana. Counsel for Plaintiffs contacted Geniatech USA to exchange the ATV329 (2G) for an ATV329 (4G), and Geniatech USA directed that this return be sent to Geniatech USA in Indiana. Copies of the shipping receipt and Geniatech USA's return instructions are attached as Exhibits 4 and 5, respectively.

36. Counsel for Plaintiffs also procured an APC392L product and an APC390K product from Shenzhen Geniatech, both of which were shipped from Shenzhen Geniatech in Shenzhen, China. Copies of the shipping receipts are attached as Exhibits 6 and 7, respectively.

37. On information and belief, the Accused Geniatech Boxes are a wireless set top box.



https://www.geniatech.com/product/apc329l/

38. On information and belief, the Accused Geniatech Boxes have at least one circuit board.




https://www.geniatech.com/product/apc329l/

| | APC329L3 | APC329L4 |
|---|---|---|
| CPU | Amlogic S905X3 64 Bit Quad Core ARM Cortex-A55 | Amlogic S905X4 64 Bit Quad Core ARM Cortex-A55 |
| OS | Android 9.0 | Android11.0 |

https://www.geniatech.com/product/apc329l/

39. On information and belief, the Accused Geniatech Boxes have a wireless module communicatively coupled to the at least one circuit board, the wireless module being configured to capture a wireless broadband connection signal and to process the received wireless broadband connection signal according to a wireless communication standard.

## APC329L Android Box with 4G LTE Module

APC329L is a quad-core 4K Android OTT TV box featuring a 4G LTE SIM Card Slot and powered by Amlogic S905X4.

- Quad-core ARM Cortex-A55 CPU @ 1.0GHz, ARM G31™ MP2 GPU
- Supports Android 11.0 OS
- 2GB LPDDR4 (4GB optional) and 8GB eMMC (16GB/32GB optional)
- 3G/4G LTE functionality with a standard 6 PIN SIM card interface
- Ethernet 1000M support
- Dual-band WiFi (2.4G & 5.8G) and BT support
- Optional Watchdog & RTC support
- Ports: HDMI® out (Max to 4KP60), USB2.0, USB3.0, IR reception

https://www.geniatech.com/product/apc329l/

> APC329L4 is an entry-level industrial ARM PC. Its shell is composed of a metal bottom shell and a plastic top shell with good heat dissipation performance. Meanwhile, its built-in 4G LTE module can access the cellular networks of different countries in the world, and it has strong decoding ability. It is suitable for OTT/IPTV media player boxes, commercial display media player boxes, commercial Android hosts, etc. It is fully functional and convenient:
>
> (I) Quad core ARM Cortex-A55 CPU @ 2.0GHz, ARM G31™ MP2 GPU
>
> (II) support Android 11.0 OS
>
> (III) 2GB RAM, 8GB eMMc
>
> (IV) support 802.11.a/b/g/n/ac(2.4G&5.8G) and BT4.0 or above
>
> (V) support 3G/4G LTE module build-in

https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf

40. On information and belief, the Accused Geniatech Boxes have a processor in communication with the wireless module.




https://www.geniatech.com/product/apc329l/

| | APC329L3 | APC329L4 |
|---|---|---|
| CPU | Amlogic S905X3 64 Bit Quad Core ARM Cortex-A55 | Amlogic S905X4 64 Bit Quad Core ARM Cortex-A55 |
| OS | Android 9.0 | Android11.0 |

https://www.geniatech.com/product/apc329l/

41. On information and belief, the processor of the Accused Geniatech Boxes is configured to establish, using the wireless module, a wireless network link between the wireless set top box and one of a wireless data network.

> APC329L4 is an entry-level industrial ARM PC. Its shell is composed of a metal bottom shell and a plastic top shell with good heat dissipation performance. Meanwhile, its built-in 4G LTE module can access the cellular networks of different countries in the world, and it has strong decoding ability. It is suitable for OTT/IPTV media player boxes, commercial display media player boxes, commercial Android hosts, etc. It is fully functional and convenient:
>
> (I) Quad core ARM Cortex-A55 CPU @ 2.0GHz, ARM G31™ MP2 GPU
>
> (II) support Android 11.0 OS
>
> (III) 2GB RAM, 8GB eMMc
>
> (IV) support 802.11.a/b/g/n/ac(2.4G&5.8G) and BT4.0 or above
>
> (V) support 3G/4G LTE module build-in

https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf

| | |
|---|---|
| Network | 1000M Ethernet / 2x2 MIMO 2.4GHz/5GHz 802.11 a/b/g/n/ac / BT4.0 or above |

https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf

42. On information and belief, the processor of the Accused Geniatech Boxes is configured to receive, using the wireless module, a set of data transmitted through the wireless network link associated with the wireless broadband connection signal.

APC329L4 is an entry-level industrial ARM PC. Its shell is composed of a metal bottom shell and a plastic top shell with good heat dissipation performance. Meanwhile, its built-in 4G LTE module can access the cellular networks of different countries in the world, and it has strong decoding ability. It is suitable for OTT/IPTV media player boxes, commercial display media player boxes, commercial Android hosts, etc. It is fully functional and convenient:

(I) Quad core ARM Cortex-A55 CPU @ 2.0GHz, ARM G31™ MP2 GPU

(II) support Android 11.0 OS

(III) 2GB RAM, 8GB eMMc

(IV) support 802.11.a/b/g/n/ac(2.4G&5.8G) and BT4.0 or above

(V) support 3G/4G LTE module build-in

https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf

| | |
|---|---|
| Network | 1000M Ethernet / 2x2 MIMO 2.4GHz/5GHz 802.11 a/b/g/n/ac / BT4.0 or above |

https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf

43. On information and belief, the processor of the Accused Geniatech Boxes is configured to determine internet protocol television (IPTV) signal associating wireless broadband connection signals which includes determining multiply sourced data traffic based on the set of data corresponding to the wireless broadband connection signal.

## Application Scenarios

It is suitable for OTT/IPTV media player boxes, commercial display media player boxes, commercial Android hosts, etc.

https://www.geniatech.com/product/apc329l/




https://www.amazon.com/Genianech-Bluetooth-Industrial-Commercial-APC329L/dp/B0CQC67RM5

44. On information and belief, the processor of the Accused Geniatech Boxes is configured to, based on the determined wireless broadband connection signal, establish connections with multiply sourced data traffic.

## APC329L Android Box with 4G LTE Module

APC329L is a quad-core 4K Android OTT TV box featuring a 4G LTE SIM Card Slot and powered by Amlogic S905X4.

- Quad-core ARM Cortex-A55 CPU @ 1.0GHz, ARM G31™ MP2 GPU
- Supports Android 11.0 OS
- 2GB LPDDR4 (4GB optional) and 8GB eMMC (16GB/32GB optional)
- 3G/4G LTE functionality with a standard 6 PIN SIM card interface
- Ethernet 1000M support
- Dual-band WiFi (2.4G & 5.8G) and BT support
- Optional Watchdog & RTC support
- Ports: HDMI® out (Max to 4KP60), USB2.0, USB3.0, IR reception

https://www.geniatech.com/product/apc329l/

## Application Scenarios

It is suitable for OTT/IPTV media player boxes, commercial display media player boxes, commercial Android hosts, etc.

https://www.geniatech.com/product/apc329l/

45. On information and belief, the processor of the Accused Geniatech Boxes is configured to transmit output audio and video signals into an appropriate video display format to a device communicatively coupled to the wireless set top box.

**4.Support Formats**

| Media Remark | Codec | Remark |
|---|---|---|
| VIDEO | AV1 | up to MP-10/L5.1 4Kx2K@60fps |
| | MPEG-1 | up to MP/HL 1080P@60fps(ISO-11172) |
| | MPEG-2 | up to MP/HL 1080P@60fps(ISO-13818) |
| | MPEG-4 | up to ASP/L5 1080P@60fps(ISO-14496) |

https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf

46. On information and belief, each of the Accused Geniatech Boxes other than the APC329L contains the same wireless module, processor architecture, and firmware/software implementation—or a functionally identical variant thereof—that performs the claimed wireless network link establishment, data reception, IPTV signal determination, and audio/video output transmission functions described above with respect to the APC329L. Any differences among the Accused Geniatech Boxes (e.g., form factor, product branding, or ancillary features not relevant to claim 26) do not affect the manner in which each product practices the limitations of claim 26 of the ’670 Patent. Geniatech’s own published specifications and marketing materials for the Accused Geniatech Boxes confirm that each product incorporates the same Quad core ARM Cortex-A55 processor found in the APC329L, a variant of this processor such as the ARM Cortex A-35, ARM Cortex A-53, and ARM Cortex A-73 processors, or a Qualcomm MSM8909 processor which operates in the same manner as the processor used in the APC329L. The analysis set forth above for the APC329L applies equally to each other Accused Geniatech Box.

47. Geniatech is not licensed or otherwise authorized to make, use, import, offer to sell, and/or sell the Accused Geniatech Boxes, and by making, using, importing, offering to sell, and/or

selling the Accused Geniatech Boxes, Geniatech is infringing Amazing's and Smart TV's rights under the '670 Patent.

48. Geniatech's infringement of the '670 Patent is direct and/or indirect, via induced infringement and/or contributory infringement.

49. By making, using, offering to sell, and/or selling the Accused Geniatech Boxes in the United States and by importing the Accused Geniatech Boxes into the United States, Geniatech violates 35 U.S.C. § 271(a) and directly infringes at least claim 26 of the '670 Patent.

50. By actively, knowingly, and intentionally encouraging others to make, use, offer to sell, or sell the Accused Geniatech Boxes in the United States and/or to import the Accused Geniatech Boxes into the United States, Geniatech induces others to infringe at least claim 26 of the '670 Patent in violation of 35 U.S.C. § 271(b).

51. For example, Geniatech promotes and publishes materials educating and instructing users on how to use the Accused Geniatech Boxes in an infringing manner, which induces others to directly infringe the '670 Patent. For example, such materials can be found on Geniatech's website (https://www.geniatech.com/product/apc329l/), datasheets for the APC329L product literature (https://file.geniatech.com/thcdownloads/geniatech/specification/APC329L4_Spec_en_V1.1.pdf), and on Amazon (https://www.amazon.com/Genianech-Bluetooth-Industrial-Commercial-APC329L/dp/B0CQC67RM5).

52. Geniatech knows that its actions have induced and continue to induce infringement of the '670 Patent under 35 U.S.C. § 271(b) by, among other things, actively and knowingly aiding others to make, use, test, sell, license, offer to sell within the United States and/or import into the United States the Accused Geniatech Boxes (e.g., retailers, consumers, and end users) in a manner

which directly infringes the ’670 Patent. Geniatech does so with the specific intent to encourage infringement, through activities such as intentionally designing, making, selling, offering to sell, importing, marketing, advertising, and promoting the Accused Geniatech Boxes including by creating and distributing marketing, promotional, educational, and other product literature that showcases the Accused Geniatech Boxes and offering support to retailers, consumers, and end users of the Accused Geniatech Boxes. These activities are designed to instruct, encourage, enable, and facilitate the making, using, offer for sale, and sale of the Accused Geniatech Boxes in a manner that directly infringes at least claim 26 of the ’670 Patent.

53. Geniatech has contributed to, and continues to contribute to, infringement of at least claim 26 of the ’670 Patent by offering to sell or selling within the United States or importing into the United States the Accused Geniatech Boxes, knowing this product is especially made or adapted for infringing use and has no substantial non-infringing uses, in violation of 35 U.S.C. § 271(c).

54. Geniatech provides the Accused Geniatech Boxes to consumers and end users, knowing that the products are especially made or adapted for infringing each limitation of at least claim 26 of the ’670 Patent. *See, e.g.*, https://www.geniatech.com/product/apc329l/ (explaining, *inter alia*, that the Accused Geniatech Boxes have “built-in 4G LTE module [that] can support global cellular networks, so that the product has better network connectivity”).

55. The Accused Geniatech Boxes have no substantial non-infringing uses. Indeed, when a consumer or end user receives and operates the Accused Geniatech Boxes, it does so in an infringing manner with no alternative non-infringing use possible.

56. Geniatech's inducement of, and contribution to, the direct infringement of the '670 Patent is, and has been, continuous and ongoing through the acts described above in connection with Geniatech's provision of the Accused Geniatech Boxes.

57. Geniatech's infringement of the '670 Patent is, has been, and continues to be willful, intentional, deliberate, and/or in conscious disregard for Amazing's and Smart TV's rights under this Patent.

58. Amazing and Smart TV have been damaged as a result of the infringing conduct alleged above. Geniatech is liable to Amazing and Smart TV in an amount that compensates Amazing and Smart TV for Geniatech's infringement, which by law cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

59. Amazing and Smart TV are further entitled to an injunction for irreparable harm suffered as a result of Geniatech's infringement of the '670 Patent.

## PRAYER FOR RELIEF

Wherefore, Amazing and Smart TV pray for judgment against Geniatech, granting Amazing and Smart TV the following relief:

A. That this Court adjudge and decree that U.S. Patent No. 11,057,670 is valid and enforceable against Geniatech and that Geniatech has infringed and continues to infringe the patent;

B. That this Court grant an injunction enjoining the aforesaid acts of infringement by Geniatech, its officers, agents, servants, employees, subsidiaries, and attorneys, and those acting in concert with them, including related individuals and entities, customers, representatives, original equipment manufacturers ("OEMs"), dealers, and distributors;

C. That this Court enter an award to Amazing and Smart TV of such damages as it shall prove at trial against Geniatech that are adequate to compensate Amazing and Smart TV for said infringement as permitted under the Patent Act;

D. That this Court order an award to Amazing and Smart TV of up to three times the amount of compensatory damages because of Geniatech's willful infringement and any enhanced damages as provided by 35 U.S.C. § 284;

E. That this Court render a finding that this case is "exceptional" and award Amazing and Smart TV their costs and reasonable attorneys' fees, as provided by 35 U.S.C. § 285;

F. That this Court award Amazing and Smart TV pre-judgment and post-judgment interest on damages to the maximum extent allowed under the law; and

G. That this Court grant to Amazing and Smart TV such other, further, and different relief as may be just and proper.

**JURY TRIAL DEMANDED**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Amazing and Smart TV respectfully demand a trial by jury of any and all issues triable of right before a jury.

Dated: October 19, 2026

Respectfully submitted,

By: /s/ *Kyle A. Lansberry*

Kyle A. Lansberry, #20977-49
**LEWIS WAGNER, & TRIMBLE**
1411 Roosevelt Avenue, Suite 102
Indianapolis, IN 46201
Telephone: 317-237-0500
Facsimile: 317-630-2790
klansberry@lewiswagner.com

Rudolph A. Telscher, Jr. *
Daisy Manning *
**HUSCH BLACKWELL LLP**

8001 Forsyth Blvd, Suite 1500
St. Louis, MO 63105
Telephone: 314-480-1500
Facsimile: 314-480-1505
Rudy.Telscher@huschblackwell.com
Daisy.Manning@huschblackwell.com

L. Scott Oliver *
**HUSCH BLACKWELL LLP**
355 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
Telephone: 213-337-6550
Facsimile: 213-337-6551
Scott.Oliver@huschblackwell.com

Jonah B. Heemstra *
**HUSCH BLACKWELL LLP**
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606
Telephone: 312-655-1500
Facsimile: 312-655-1501
Jonah.Heemstra@huschblackwell.com

* *Pro Hac Vice Application Forthcoming*

***Attorneys for Plaintiffs***
***Amazing Settopbox Holding LLC and***
***Smart TV iQ Box Holding LLC***